ORIGINAL

# United States District Court SEALED

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

JAMES MCCULLARS

## CRIMINAL COMPLAINT
SEALED
CASE NUMBER: 1:12-MJ-0207

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between in or about April, 2008, and on or about October 17, 2011 in Marion County, in the Southern District of Indiana defendant did, (Track Statutory Language of Offense)

Count 1 - engaged in a child exploitation enterprise

Count 2 - conspiracy to distribute and receive child pornography in the Southern District of Indiana, the Northern District of Alabama, and elsewhere

in violation of Title 18, United States Code, Sections 2252A(g) 2252 and 2252A . I further state that I am an Inspector and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

Thomas E. Henderson, US Postal Inspector

**Sworn to before me, and subscribed in my presence**

April 9, 2012
**Date**

at          Indianapolis, Indiana
**City and State**

Kennard P. Foster, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT

## INTRODUCTION AND AGENT BACKGROUND

I, Thomas E. Henderson, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state the following:

1. Your affiant is a Postal Inspector with the United States Postal Inspection Service ("USPIS") currently assigned to the Indianapolis Field office. I have been so employed for approximately thirteen years. Your affiant is responsible for investigations involving the production, importation, advertising, receipt, and distribution of child pornography that occur in the Northern and Southern Districts of Indiana.

2. Your affiant has received training through USPIS and the United States ("U.S.") Department of Justice ("USDOJ") in the areas of child pornography and child sexual exploitation, as well as specialized instruction in conducting investigations of individuals suspected of possessing, receiving or distributing child pornography.

2. The information contained within this affidavit is based on my training and experience, as well as information related to me by other law enforcement officers, including Postal Inspector Brian Bone of the USPIS.

3. Inspector Bone has been employed by USPIS since February 2007 and is currently assigned to the U.S. Department of Justice Child Exploitation and Obscenity Section in Washington, D.C. During his tenure with the USPIS, Inspector Bone has directed and/or participated in numerous investigations involving crimes against children facilitated by means of computers and/or the Internet. Prior to becoming a Postal Inspector, Inspector Bone worked as a sworn law enforcement officer within the State of Illinois for over 8 years and was employed during that time by the Office of the State's Attorney, Lake County, Illinois, and the Office of the

Sheriff, Lake County, Illinois. In this position, Inspector Bone was assigned to the Cyber Crimes Division and the Child Exploitation Unit, which investigated child exploitation related offenses and various computer related crimes. Inspector Bone has employed a variety of investigative techniques including physical surveillance, undercover operations, the execution of search warrants, and interviews of defendants and witnesses.

4.     Inspector Bone has conducted numerous investigations relating to the possession, transportation, and receipt of child pornography and obscene visual representations of the sexual abuse of children over the Internet. Inspector Bone has training in investigations relating to the sexual exploitation and physical sexual abuse of minors. As part of his training and experience, Inspector Bone reviewed thousands of images and videos of actual and suspected child pornography, child erotica and obscene visual representations of the sexual abuse of children. In addition, Inspector Bone has received extensive training in computer forensics and digital investigations from the Treasury Computer Forensic Training Program, National White Collar Crime Center, and the International Association of Computer Investigative Specialists ("IACIS"), including specialized training on digital data recovery, and the investigation and analysis of e-mail communications and Internet activities, such as instant messaging programs, newsgroups, and forums. Inspector Bone has also received training on the use of specialized forensic software programs, including I-Look, Encase by Guidance Software, and Forensic Tool Kit by Access Data.

5.     I am submitting this affidavit in support of a Criminal Complaint charging James McCullars with engaging in a child exploitation enterprise in violation of 18 U.S.C. § 2252A(g), and conspiring to violate 18 U.S.C. §§ 2252 and 2252A through trafficking in child pornography.

6. The information set forth in this affidavit is based upon my own investigation, and my knowledge, training, and experience in online child exploitation and child pornography investigations. It is also based on information conveyed to me by others, whom I believe to be reliable, and the experience and training of other law enforcement officers with whom I have had discussions. Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of the violations listed above.

7. In October 2010, USPIS began an investigation into the commercial worldwide distribution of child pornography via the U.S. Mail and Internet. During this investigation, investigators learned that individuals located throughout the United States (including two persons in the Southern District of Indiana) have engaged in a child pornography enterprise that utilized various communication means, including Internet Relay Chat (IRC), to communicate about and share child pornography files, as well as file sharing using File Transfer Protocol (FTP) to exchange larger volumes of child pornography files. Based upon this investigation, search warrants were executed at (among other members of the enterprise) the residences of Donn Casper a/k/a "WoodieAM", a resident of the District of Idaho, Justin Nazarenko a/k/a/ "vuvuze|a", a resident of the Eastern District of Pennsylvania, and John Rex Powell a/k/a "thebeav," a resident of the Middle District of Florida. All of these individuals had been members of the child pornography enterprise for a period of many years. During this time, they discussed their sexual interest in young boys and traded substantial volumes of child pornography amongst one another, as well as with other members.

## Information Obtained from Donn Casper

8.     On or about June 30, 2011, Inspector Bone was present during the execution of a

search warrant at CASPER's residence in Meridian, Idaho. During the execution of the warrant,

investigators uncovered electronic files depicting CASPER engaged in sexually explicit conduct

with several non-familial minor males, including images of CASPER masturbating one of the

minors. CASPER was arrested and subsequently charged with violation of 18 U.S.C. § 2251(a),

Production of Sexually Explicit Images of a Minor. On or about July 26 and 27, 2011, and on or

about September 22, 2011, Inspector Bone was present during a proffer conducted with

CASPER, during which CASPER stated the following:

A.     CASPER was involved in the trading and possession of child pornography for

over 20 years, before the search of his residence.

B.     CASPER was a member of a private group on Internet Relay Chat (IRC) (the

"IRC Group"), and had been a member of this group for many years. The group,

which existed under various names (including, among others,

"tail_of_the_dragon") for approximately 15 years, was dedicated to trading child

pornography.

C.     CASPER, employing the alias "WoodieAM," traded child pornography images

and videos with other IRC Group members via both mIRC and FTP transfers.

D.     CASPER maintained file folders on his computer hard drive, organized and

labeled by alias name, containing child pornography files he received from some

members of the IRC Group. Specifically, CASPER maintained folders of

pornography received from, among other group members, including:

i. "AJax_WaX" a/k/a "_AJ_" a/k/a "_AJaY_" a/k/a "AJaXWax" a/k/a
"Ajax-WaX" a/k/a "AJay-" a/k/a "AmericanJ"

ii. "TazBlunt" a/k/a "Taz" a/k/a "^TazBlunt" a/k/a "Tazsvs" a/k/a
"TazCOLTS"

iii. "thebeav" a/k/a "p^r^noid" a/k/a "beaver" a/k/a "beaverc" a/k/a
"BeavBirds"

iv. "vuvuze|a" a/k/a "TeflonTom" a/k/a/ "Tef"

v. "W0rf"

vi. "Pnk_Freud" a/k/a "Pink_Freud" a/k/a "Pink_Link"

vii. "WaTerb0y" and

viii. "^dj" a/k/a "deejjaayy"

E. CASPER provided information concerning various members of the IRC Group,
including "^dj" a/k/a "deejjaayy", who CASPER identified as a group member.
Based on conversations occurring on the IRC Group channel and/or via
one-to-one correspondence, CASPER learned that "^dj" worked for a college in
Alabama, possibly as an Information Technology Director. "^dj" claimed to know
a lot of people who produced a lot of child pornography, and "^dj" also went
camping with and molested minors. CASPER also noted that "^dj" had a bad
motorcycle accident years ago.

9. CASPER maintained two labeled folders containing child pornography image and
video files that he received via electronic transfer from "^dj." For example, one file contained
within these folder, which "^dj" distributed to CASPER on April 4, 2009 through DCC Send, is
entitled "IMG_0998.JPG" and depicts a pubescent boy, approximately 10-13 years old, holding

his erect penis. Another file, which "^dj" distributed to CASPER on April 4, 2009 through DCC Send, is entitled "June02-13-2005_078.jpg" and depicts a pubescent boy, approximately 10-13 years old and naked other than a few bandages wrapped around his waist, measuring his erect penis. In addition, several video files contained in the folders of files received from "^dj" depict prepubescent boys, approximately 8-10 years old, masturbating. CASPER was also able to identify electronic files, contained in these folders, depicting minors engaged in sexually explicit activity who "^dj"' stated his friend had photographed prior to distributing those photographs to "^dj", who in turn distributed them to CASPER.

10.     In addition, a review of CASPER's computers and electronic storage devices revealed evidence of numerous child pornography file exchanges occurring between CASPER and other members of the IRC Group. The examination revealed that CASPER and members of the IRC group utilized both the mIRC software direct client to client (DCC) send feature and FTP software to transfer images and videos of child pornography to one another. For example, IRC Group members "Waterb0y" (living in New York) and "AJax_WaX" (living in California) both distributed to CASPER, via DCC Send, videos depicting prepubescent minors engaged in sexually explicit conduct.

## Information Obtained From Justin Nazarenko

11.     On August 18, 2011, based on information obtained from CASPER, USPIS executed search and arrest warrants at the residence of another member of the IRC Group, JUSTIN NAZARENKO.  Inspector Bone was present during the execution of the search warrant on NAZARENKO's residence in Philadelphia, PA. The information provided by CASPER relevant to NAZARENKO's identity and child pornography production and distribution was

confirmed during the course of the execution of the search and arrest, subsequent proffer sessions conducted with NAZARENKO, and the related investigation into NAZARENKO's activities.

12. On or about August 30, 2011, Inspector Bone was present during a proffer conducted with NAZARENKO, during which NAZARENKO admitted to distributing, receiving, and producing child pornography. NAZARENKO admitted to participation, while employing the alias "vuvuze|a", in the IRC Group, and he corroborated the information provided by CASPER regarding the group history, purpose, membership and structure.

13. NAZARENKO stated that "^dj" a/k/a "deejjaayy" was a member of the IRC Group who was from the South. NAZARENKO further stated that "^dj" actively sent child pornography to other group members, and maintained an FTP server for that purpose.

14. Law enforcement officers conducted a full forensic analysis of NAZARENKO's computers and electronic storage devices seized during execution of the search warrant at his residence. That analysis uncovered a chat log documenting discussion, much of which related to child pornography or child sexual abuse, occurring between and among IRC Group members on the IRC channel between May and August of 2011. That analysis also uncovered evidence of child pornography trades occurring between NAZARENKO and other IRC Group members. Similar to CASPER's computer, the examination revealed that NAZARENKO and members of the IRC group utilized both the mIRC software direct client to client (DCC) send feature and FTP software to transfer images and videos of child pornography to one another. For example, forensic analysis demonstrated that IRC Group members "TazBlunt" and "dacorr", both residents of the Southern District of Indiana, each exchanged multiple child pornography files with NAZARENKO.

15. Following the proffer session, NAZARENKO was found dead hanging from his prison bed, an apparent suspected suicide.

## Information Obtained from John Rex Powell

16. After NAZARENKO's arrest, law enforcement arrested nine additional members of the IRC Group, all of whom were in possession of child pornography on their computers and/or electronic storage devices when arrested. All of the arrested IRC Group members admitted to their participation in the group, and admitted that its purpose was to trade child pornography files and to discuss the sexual exploitation of children. One of those arrested members was JOHN REX POWELL, who employed "thebeav" alias.

17. During the execution of a search warrant at POWELL's residence, law enforcement discovered multiple encrypted computers and electronic storage devices owned by POWELL. Forensic analysis of these devices, which is ongoing, uncovered child pornography images and videos on these devices. In addition, at least two members of the IRC Group received self-produced child pornography videos and images from POWELL.

18. On or about March 13, 2012, I was present during a proffer conducted with POWELL, during which POWELL identified "^dj" a/k/a "deejjaayy" as a member of the IRC Group. POWELL stated that he had traded images and videos of child pornography with "^dj". Based on conversations occurring on the IRC Group channel and/or via one-to-one correspondence, POWELL learned that "^dj" worked for the University of Alabama. POWELL learned that "^dj"'s first name is "Jim" and that he (like POWELL) was a friend of IRC Group member Rick LEON (a/k/a "^JonJon^" a/k/a "Johnny") on Facebook. POWELL stated that "^dj" lives in Huntsville, AL and is active in the Boy Scouts of America. In addition, POWELL stated that "^dj" is currently working at a Boy Scout shop.

19.     POWELL also stated that he has viewed images and videos of "^dj" molesting children, which he received via Internet FTP and mIRC DCC connections. POWELL stated that "^dj" was friends with a former group member named "Chasefox". POWELL advised that "^dj" sexually molested two of "Chasefox"'s victims. POWELL also said that "^dj" is actively sexually molesting a minor boy who is a neighbor of his, and producing videos of the abuse.

### Characteristics of the IRC Group

20.     Based on law enforcement interviews with both cooperating suspects and review of the electronic evidence seized from them, Inspector Bone and I have ascertained the following about the above referenced IRC Group:

A       Between in or about April, 2008, and on or about October 17, 2011, "^dj", with others known and unknown, were participants in the IRC Group, which was dedicated to the trading of child pornography as defined in 18 U.S.C. § 2256(8).

B.      The IRC Group is accessible only to invited members. To participate in the group, a group member was required to enter a private password each time they logged in to the channel. New IRC Group members were asked to share images of child pornography upon joining the group, in order to verify that they were not members of a law enforcement organization.

C.      The IRC Group has existed, under various names, for over fifteen (15) years, and has been throughout that time period dedicated to discussing the sexual exploitation of children and facilitating the trading of child pornography. The group was initially called "#%%boysexandpics," and initially did not require a password to participate in the IRC chats. Due to concerns about law enforcement detection, the group later required a password to access the channel, and would

periodically change the channel name and password. The group operated at the "tail_of_the_dragon" IRC channel beginning on or before June 17, 2010, continuing through on or about September 22, 2011. The group operated at the "sector_two" IRC channel beginning on or about September 22, 2011, continuing through on or after October 17, 2011.

D.  Participants in the group resided in, among other places, New York, Virginia, Florida, Texas, Indiana, California, Idaho, Pennsylvania, Canada, Lebanon, and Mexico. To date, eleven members of the IRC Group have been apprehended, all of whom have admitted to trading a substantial volume of child pornography files with other group members, and the majority of whom self-produced child pornography images and/or videos. More than five minors depicted in sexually explicit images or videos produced by and traded among members of the IRC Group have been identified by law enforcement.

E.  Member of the IRC Group used IRC to chat with one another regarding child pornography-related topics, including, among other things, discussing where to obtain child pornography, encouraging other group members to share child pornography, and sharing information about hands-on abuse of juveniles and the creation of child pornography documenting that abuse.

F.  Members of the IRC Group regularly traded child pornography files with other group members. Initially, group members traded via one-to-one mIRC chat, and they subsequently migrated to downloads from and uploads to individual FTP servers in order to enhance security and enable faster and larger file transfers.

G.     Members of the IRC Group used certain security measures to conceal their

activities, communications, child pornography collections, and identities from law

enforcement, including providing information to one another about arrests of

other collectors of child pornography, utilizing screen name aliases, periodically

moving their communications to different areas within IRC and changing the chat

room password accordingly, sharing information about encryption technology, and

employing FTP transfers using secure socket layer (SSL) to avoid having their

illegal files intercepted or remotely detected when transferred over the Internet.

21.     For example, IRC Group member "thebeav" posted on or about July 18, 2011,

"people: the p2p busts are growing exponentially if anyone here is doing that, you better stop

now and if you have in the last 6 months, you should leave this channel." On or about August 3,

2011, IRC Group member "^JonJon^" posted a series of press releases announcing recent

large-scale child pornography law enforcement operations, after which board members discuss

the possibility that one of their members might have been arrested in one of those operations.

Group members "^JonJon^" and "AJax_WaX" then discussed the importance of IRC Group

members employing encryption to avoid detection.

22.     On August 28, 2011, "AJaY" wrote, "so JonJon, since Woodie is AWOL, should

we consider moving the channel?"  "^JonJon^" responded, "i was thinking of that actually."

Various group members periodically discussed during the subsequent month the disappearance of

several IRC Group members (several of whom were in fact apprehended by law enforcement),

culminating in a decision to move the channel to "sector_two" on September 22, 2011.  IRC

Group members then resumed their discussion of child pornography at that channel.

Activity of "^dj" on the IRC Group

23. Based on statements from members and transaction and IRC chat logs recovered from various members, between in or about April, 2008, and on or about October 17, 2011, "^dj", with others known and unknown, was a participant in an IRC Group dedicated to the trading of child pornography.

24. Specifically, as described in detail above, infra, IRC Group members Justin Nazarenko, Donn Casper, and John Powell all stated during proffer sessions that "^dj" was a member of the IRC Group who traded child pornography files with other group members, and maintained an FTP server for that purpose.

25. As described in detail above, Donn Casper identified two labeled folders containing child pornography files that he received, via the Internet, from "^dj". These files contained, among other child pornography, videos depicting prepubescent boys masturbating. As described above, electronic records confirm that "^dj" distributed to Casper, via DCC send, files depicting minors engaged in sexually explicit conduct, including images depicting pubescent minor boys touching their erect penis. Moreover, according to Casper, "^dj" claimed to know a lot of people who produced a lot of child pornography, and "^dj" distributed to Casper files depicting child pornography that "^dj"'s friend had produced.

26. As described in detail above, infra, Powell informed Inspector Bone during a proffer session that Powell stated that he had received, via the Internet, videos and images depicting "^dj" engaged in sexually explicit conduct with minors, some of which were self-produced.

27. Chat logs recovered from searches conducted on members of the IRC Group show that "^dj" demonstrated his continued participation in the child exploitation enterprise and/or conspiracy to distribute child pornography (via the IRC group). These logs show that he

repeatedly posted comments to the IRC Group channel between January 2010 and September of

2011.

28.     For example, on April 6, 2010, "^dj" engaged in the following chat on the

"history_is_dead" IRC channel, which was employed by the IRC Group prior to switching to

"tail_of_the_dragon":

| Ajay- | [John Doe 1] was 5ish and told me "don't worry I won't tell my mom" I HAVE NO IDEA what brought that on, but it was all i needed to hear! . |
| | ... |
| AJay- | than one day he said to me, don't worry, i wont tell my mom" Well comeon, game on mother fuckers! Within 10 minutes of him saying that i had my cock inside the crack of his precious ass |
| ... | |
| Ajay- | that was one of our fav pastimes!  i must have humped him like that a hundred times over the years |
| ... | |
| ^dj | how old is he now |
| ...Ajay- | ... he's going for 20 |
| ... | |
| ^dj | 20, wow, how time flies! |
| AJay- | yeah it sure does! |
| ^dj | he might even be out of my range by now! |
| Ajay- | he's handsome too.  When a guy is handsome at 20, you know he was incredible at 7! |
| ^dj | oh hell yeah! |
| ... | |
| thebeav | mmmmmmmmmmmmmmmm, 7 |
| ^dj | mmmmmmmmmmmmmmmmm, 13 |

29.     As another example, on January 25, 2011, "^dj" engaged in the following chat on

the "tail_of_the_dragon" IRC channel:

AjaXWaX      dj have you spoken to Foxy's kids or x wives or anyone of his friends?
             Like [John Doe 2]?

^JonJon^     did Tron play Big John in L.I.E.?

AJaXWaX      i totally picture Tron as Big John

[redacted][1]     I'm more like Tender John
[redacted]        and the L.I.E. is fine! ....except for rush hour going east!  don't go on it
then!

^JonJon^     Hoss John
^dj          i stay in touch with his kids
^dj          i have not seen his x wife in prolly two years
^dj          i have not seen [John Doe 2] in prolly five years
AJaXWaX      [John Doe 2] was my favorite molestee
[redacted]   [John Doe 2] is now taller than you...and bigger than you...down there

AJaXWaX      well, that's not sayin g much, down there
AJaXWaX      most 16 year olds are probably packing more than me!
AJaXWaX      whoever is responsible fucked up when making my penis
[redacted]   I was refering to ^dj.....we all know that even Matters is bigger than
daddy!

AJaXWaX      LOL!!
^dj          hahahahahaha
^dj          i'd love to see what [John Doe 2] is packing
^dj          he was pretty big for his age when he was like 8 or 9
[redacted]   he and [John Doe 3] got married to one another
AJaXWaX      i wonder if Chase ever penetrated little [John Doe 2's] hynie at 8 or 9

^dj          if you saw [John Doe 3] today it would destroy the fantasy
^dj          no i dont think he ever did that
^dj          just played around some

---

[1]The nickname of this member of the enterprise and conspiracy has been redacted herein
because the person is not in custody.  However, their nickname is known to the affiant.

30.    Based on my investigation, I have learned that "Chase" and "Foxy" as used in this chat refer to IRC Group member "ChaseFox", and "John Doe 2" is a victim of "ChaseFox"'s who Powell stated that "^dj" also molested. See paragraph 18, infra.

## Identification of James Mccullars

31.    "^dj" accessed the "tail_of_the_dragon" IRC channel on May 9, 2011 and August 29, 2011 from the IP address of 76.73.202.188, according to electronic/digital information. A United States Department of Justice subpoena duces tecum was served on Knology, Inc. requesting subscriber information for the IP address of 76.73.202.188.

32.    On March 19, 2012, Knology, Inc. complied with the above-described US Department of Justice Administrative subpoena issued for the IP address of 76.73.202.188, and provided the following subscriber information:

| | |
|---|---|
| Account holder: | James McCullars |
| Account address: | 3114 Adonna Drive NW, Huntsville, AL |
| Account phone number: | XXX-XXX-6404 (redacted) |
| Account email address: | mccullarsj@knology.net |

33.    Knology, Inc. provided documentation stating that the account was created on March 29, 2011, and that the service was active as of March 19, 2012. Knology, Inc., did not retain IP logs from May or August, 2011, but the account was repeatedly accessed from the 76.73.202.188 IP on March 12, 2012.

34.    An employee of the United States Postal Service advised that a subject by the name of James McCullars II receives mail at the address of 3114 Adonna Drive, Huntsville, AL.

35.    Your Affiant searched the Accurint information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email

addresses, etc.) for James McCullars in Huntsville, AL. Public records show he is currently residing at 3114 Adonna Drive NW, Huntsville, AL 35810.

36.     An inquiry of Alabama Department of Motor Vehicle records revealed that McCullars has a valid Alabama driver's license with a listed residence of 3114 Adonna Drive NW, Huntsville, AL.

37.     During a May 1, 2011 online chat on the IRC Group channel, "^dj" stated that over 300 homes were destroyed in his county, which he identified as Madison County, Alabama. McCullars' residence is located in Huntsville, AL, the county seat of Madison County. During a January 29, 2010 online chat on the IRC Group channel, "^dj" noted that he lost his job "last year," but had enough time in to retire. According to a Facebook and Linkedin posting by McCullars, he ended his employment with the University of Alabama in Huntsville in 2009. IRC Group members Casper and Powell both stated during proffer sessions that "^dj" was employed by a college in Alabama (and Powell specified that it was the University of Alabama). Powell also stated that "^dj"'s first name is "Jim."

38.     Based upon Powell's statements, Facebook and Internet search were conducted on McCullars. The searches revealed that McCullars currently works at the Huntsville Scout Shop, as Powell had stated during a proffer session. In addition, Internet documents reveal that McCullars volunteers with the Boy Scouts of America at various events to include the National Jamboree, which also corresponds to statements made by Powell during a proffer session.

**Conclusion**

39. Based on the foregoing information, I have probable cause to believe James McCullars has engaged in a child exploitation enterprise in violation of 18 U.S.C. § 2252A(g), and conspired with the persons listed above to violate 18 U.S.C. §§ 2252 and 2252A by trafficking in child pornography in the Southern District of Indiana, the Northern District of Alabama, and elsewhere.

40. Because the investigation is ongoing, and other members of the IRC group described above have not yet been taken into custody, your affiant requests that this matter remain UNDER SEAL until further Order of the Court.

Thomas E. Henderson, Postal Inspector,
United States Postal Inspection Service

Subscribed and sworn before me this 9th day of April, 2012.

Kennard P. Foster
United States Magistrate