UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES McCULLARS, ) | NO. 1:11-CR-191-SEB-DKL-11 |
| ) | |
| Defendant. ) | |

**MOTION TO RESCHEDULE SENTENCING HEARING**
*Electronically Filed*

James McCullars, by his attorney, David S. Mejia, moves for an Order of this court rescheduling the August 21, 2018 date presently set for Re-Sentencing of James McCullars and his co-defendant John Gries. All counsel of record have conferred and are in accord that an Agreed Order should be entered vacating the August 21, 2018 date due to a scheduling conflict with Mr. McCullars' attorney who, for the past two months has been scheduled to commence the jury trial in the U.S. District Court in Louisville, Kentucky in the courtroom of Judge David J. Hale (*United States of America v. Cherosco Brewer*, 3:17CR37 DJH) on Monday August 20, 2018, and which will be a near week-long trial. The parties agree, if this court will allow, this matter to proceed to Re-Sentencing on Tuesday, September 11, 2018.

Respectfully submitted,

/s/ David S. Mejia
David S. Mejia
*Attorney for James McCullars*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion has been served upon all parties via the Court's electronic case filing system on June 27, 2018.  I further certify that this document was electronically filed with the Clerk of the United States District Court, Southern District of Indiana, Indianapolis Division using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ David S. Mejia
David S. Mejia
*Attorney for James McCullars*
624 West Main Street, Fourth Floor
Louisville, KY 40202
(502) 584-8991
david@dmejialaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JAMES McCULLARS, )<br>)<br>Defendant. ) | NO. 1:11-CR-191-SEB-DKL-11 |

## AGREED ORDER

Upon Motion of the Defendant McCullars, to reschedule the Re-Sentencing of the defendants due to a conflict in trial counsel's schedule, and the court being apprised that all parties before the court, through their trial counsel of record are in agreement as to the suggested date of September 11, 2018;

IT IS HEREBY ORDERED the Motion is granted by agreement. The presently-scheduled Re-Sentencing date of August 21, 2018 is hereby vacated. This case shall proceed to Re-Sentencing of James McCullars and John Gries on Tuesday, September 11, 2018 at _____ AM/PM.

_____
JUDGE

_____
DATE

3